STATE v. HINSON

No. 346P98

Case below: 127 N.C.App. 562

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 November 1998.


STATE v. HOLMAN

No. 388PA98

Case below: 130 N.C.App. 486

Motion by Attorney General to dismiss appeal denied 5 November 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


STATE v. HUNTER

No. 273P98

Case below: 129 N.C.App. 845

Motion by Attorney General to dismiss appeal allowed 5 November 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


STATE v. JACKSON

No. 481P98

Case below: 131 N.C.App. 154

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Motion by Attorney General to dismiss appeal allowed 3 December 1998.